UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JESSIE J. MORAN, | ) | 3:12-cv-00492-LRH-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 22, 2014 |
| CHIEF OF POLICE SPARKS, W.M. KELLER, et al., | ) | |
| Defendants | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    The record reflects that on March 19, 2014, the defendants filed a Renewed Motion to Dismiss for Insufficient Service of Process. (Doc. # 22.)  Subsequent thereto, counsel for the defendants filed an Acceptance of Service on behalf of all defendants (Doc. # 34) and Defendants' Answer to Complaint (Doc. # 37).

    In view of appearance of all defendants in this matter, Defendants' motion (Doc. # 22) is **DENIED AS MOOT.**

    **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
   Deputy Clerk