UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JESSIE J. MORAN, ) | |
| ) | |
| Plaintiff, ) | 3:12-cv-00492-LRH-WGC |
| ) | |
| v. ) | |
| ) | O R D E R |
| CHIEF OF POLICE SPARKS; *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#67[1]) entered on September 18, 2015, recommending granting Defendants' Motion for Summary Judgment (#42) filed on October 23, 2014. Plaintiff filed an "Amended Response to Summary Judgment" (#68) on September 21, 2015, and Objections to Magistrate Judge's Report and Recommendation (#69) on October 13, 2015, and Defendants filed their Response to Plaintiff's Rule 72 Objections to the Report and Recommendation of Magistrate Judge Cobb (#70) on October 14, 2015. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of Plaintiff, the response of Defendants, pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines

---

[1] Refers to court's docket number.

1  that the Magistrate Judge's Report and Recommendation (#67) entered on September 18, 2015, should
2  be adopted and accepted.
3      IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#67)
4  entered on September 18, 2015, is adopted and accepted, and Defendants' Motion for Summary
5  Judgment (#42) is GRANTED.
6      IT IS FURTHER ORDERED that is action is **DISMISSED with prejudice**.
7      IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment against Plaintiff
8  and in favor of Defendants.
9      IT IS SO ORDERED.
10     DATED this 4th day of November, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE